UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.S.M.

       *Plaintiff,*

v.

Joseph E. Kernan, *et al.,*

       *Defendants.*

No. 1:26-cv-00406

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO
PROCEED UNDER PSEUDONYM

Upon consideration of Plaintiff's Motion for Leave to Proceed Under Pseudonym and for good cause shown, the motion is GRANTED. It is hereby ORDERED that Plaintiff is given leave to proceed under the pseudonym K.S.M. and make limited redactions as to her identity in filings. It is so **ORDERED.**

Entered on ___January 16___, 2026 at ___2 30___ a.m./p.m.

_____
United States District Court Judge