# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

K.S.M.

     *Plaintiff,*

v.

Joseph E. Kernan, *et al.,*

     *Defendants.*

No. 1:26-cv-00406

## ~~[PROPOSED]~~ Order

Pursuant to Fed. R. Civ. P. 65, and having reviewed Plaintiff's Complaint and Exhibits, Notice of Motion for a Temporary Restraining Order and Preliminary Injunction, Memorandum of Law in Support of Her Motion, and any response thereto, the Motion is GRANTED and the Court HEREBY ORDERS that:

1. Defendants, or other government agents acting pursuant to Defendants' immigration authority, shall not conduct a credible fear interview, arrest, detain, and/or remove Plaintiff ~~during the pendency of the instant action.~~ *pending a determination on the Plaintiff's motion for a preliminary injunction.*

IT IS SO ORDERED.

Date: _January 20, 2026_
         3 30 p.m.

_____
Hon. United States District Judge