UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :        26cv406 (DLC)
K.S.M.,                               :
                                      :           ORDER
                        Plaintiff,    :
            -v-                       :
                                      :
JOSEPH E. KERNAN, et al.,             :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On January 19, 2026, plaintiff K.S.M. filed a motion for a temporary restraining order and preliminary injunction.  An Order of January 20, 2026 granted a temporary restraining order. Having heard the parties' proposed briefing schedule for the remaining motion for a preliminary injunction, it is hereby

ORDERED that the Government's opposition is due by **February 13, 2026** and any reply from the plaintiff is due by **March 13.**

IT IS FURTHER ORDERED that, in the case that the Government files a motion to dismiss by **February 13,** the plaintiff's opposition to the motion to dismiss is due by **March 13,** and any reply from the Government is due by **March 27.**

IT IS FURTHER ORDERED that, at the time any brief is filed, the authoring party shall supply Chambers with two (2) courtesy copies of all related papers by mailing or delivering them to

the United States Courthouse, 500 Pearl Street, New York, New

York.

Dated:      New York, New York
            January 20, 2026

                                    _____
                                            DENISE COTE
                                    United States District Judge

2